IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MAJOR RICE, PLAINTIFF

v. No. 2:03CV297-GHD-EMB

WAL-MART STORES, INC., DEFENDANT

## FINAL JUDGMENT

On consideration of defendant's Motion for Summary Judgment and the file and records of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated August 11, 2005, was on that date duly served by regular mail upon the *pro se* plaintiff at his last known address and electronically served upon counsel of record for defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated August 11, 2005, is hereby approved and adopted as the opinion of the Court.

2. That defendant's motion for summary judgment is hereby granted, and all of plaintiff's claims are hereby **DISMISSED** with prejudice.

3. That the Clerk shall forthwith close this case.

THIS, the 29th day of August, 2005.

CHIEF JUDGE